UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,
                           Plaintiff,

        -v-

C/O HOTELS, INC.,
                           Defendant.

19-CV-5600 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 18, 2019, this Court entered a Civil Case Management Plan and Scheduling Order. (Dkt. No. 14.) Pursuant to that scheduling order, the parties were ordered to file a status letter with the Court on or before December 18, 2019. (*Id.*) The parties have failed to do so.

Accordingly, the parties shall file a letter with the Court regarding the status of the case on or before January 16, 2020. SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge